

**NUMBER 13-13-00602-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**138 JEDDO, LTD.,** **Appellant,**

**v.**

**CALDWELL COUNTY**
**APPRAISAL DISTRICT,**
**ET. AL.,** **Appellee.**

## On appeal from the 22nd District Court
## of Caldwell County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment rendered in favor of appellee,

Caldwell County Appraisal District, et. al. On December 27, 2013, the Clerk of this Court

notified appellant that the clerk's record in the above cause was originally due on October

28, 2013, and that the district clerk, Dana Richter, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* Tex. R. App. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
6th day of February, 2014.

2